In the Matter of the Probate of the Last Will and Testament of FRANCES JULIA COOK, Deceased.— Motion for leave to appeal to the Court of Appeals granted and the following questions certified: 1. Are the alleged agreements not to contest

against public policy?   2. Are the contestants entitled to a jury trial on the question of the validity of the alleged agreements not to contest?